UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADANE TEDLA,

                    Plaintiff,

        v.

METROPOLITAN GROUP PROPERTY AND
CASUALTY INSURANCE COMPANY, a
foreign insurance company,

                    Defendant.

Case No. C06-108Z

TAXATION OF COSTS

      Costs in the above-entitled cause are hereby taxed against PLAINTIFF ADANE TEDLA and on behalf of DEFENDANT METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY in the unopposed amount of $305.75.

      Entered this ___6th___ day of NOVEMBER , 2006 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1